USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-1-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CARLETTA THOMPSON,

        Plaintiff,

  -v-

CITY OF NEW YORK,

        Defendant.
------------------------------------X

03 Civ. 4182 (JSR)(JCF)

ORDER

JED S. RAKOFF, U.S.D.J.

On November 21, 2007, the Honorable James C. Francis IV, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that the Court grant the defendant's motion for summary judgment on plaintiff's retaliation claim.

Plaintiff has failed to file any objection to the Report and Recommendation, and, for that reason alone, has waived any right to further appellate review. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons therein, grants the defendant's motion for summary judgment. Clerk to enter judgment.

SO ORDERED.

Dated: New York, New York
January 29, 2008

JED S. RAKOFF, U.S.D.J.